JOSEPHINE PEGLOW, Appellant, v. ROSE COLE, etc., and Others, Respondents.— Appeal from a judgment in an action for partition in so far as it makes an award of an additional allowance. Judgment, in so far as appealed from, unanimously affirmed, without costs. No opinion. Respondents having neither appeared nor filed a brief, the affirmance is without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

PIONEER WATCH CASE Co., INC., Respondent, v. SCREW MACHINE PRODUCTS COMPANY, INC., Appellant.— Order denying defendant's motion to set aside the service of a summons affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

JOSEPH PIZZURRO, Plaintiff, and MAURICE SPIVACK, Respondent, v. JAMES J. HACKETT and JOHN KING, Appellants.— Action to recover damages for personal injuries sustained by respondent, a passenger in an automobile which was in collision with a truck owned by defendant Hackett and operated by defendant King. Judgment entered on the verdict of a jury in favor of respondent, in so far as appealed from, unanimously affirmed, with costs. Implicit in the verdict of the jury is the finding that the drivers of both vehicles were negligent and there is ample proof in the case to sustain that finding. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MOLONEY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of section 1140 of the Penal Law, and sentencing him to six months in the workhouse, but suspending its operation during good behavior, reversed on the law and the facts, the information dismissed and the defendant discharged. We are of opinion that the People did not prove beyond a reasonable doubt that the action of the defendant was the willful and lewd conduct which the statute condemns. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PASTOR, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of robbery in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SOSHTAIN, Also Known as MAX SASHTAIN, Appellant.— Defendant appeals from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, finding him guilty of a violation of section 986 of the Penal Law (bookmaking). Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PEGGY CAVALIERI, Appellant, v. MAURICE A. FITZGERALD, Sheriff of the County of Queens, and Others, Respondents.— Order dismissing a writ of habeas corpus and remanding appellant to the custody of the sheriff of the county of Queens affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.